## · N. Y. MARINE COURT.

ADELIA C. FITZPATRICK agt. JENKINS VAN SCHAICK *et al.*

*Examination of adverse party before trial — Code of Civil Procedure, section 873.*

An order for the examination of an adverse party before trial will not be granted where the applicant only seeks to find out what the opposite party will swear to, so as to enable him to prepare to meet and overcome it.

*Special Term, September*, 1880.

McADAM, *J.* — The defendants justify the sale of the 200 shares of Delaware and Lackawanna stock (alleged by the plaintiff to have been converted) under an order given by one Maria L. Hubbard, whom the defendants claim was the plaintiff's agent. The plaintiff seeks to examine the defendants

for the purpose of discovering whether Mrs. Hubbard was the plaintiff's or defendants' agent. The plaintiff, in the nature of things, ought to know as much about this as the defendants. If she was not the plaintiff's agent, the main defense fails. As the defendants have the affirmative of the defense, the plaintiff, under the rule laid down in *Chapin* agt. *Thompson* (16 *Hun,* 53), will have to wait until the trial before she can oblige the defendants to tell her what they will swear to concerning it.

Order vacated.